UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAROL H. WILLIAMS ADVERTISING, a California corporation. <br><br> Defendant. | Case No:  C 13-0606 SBA <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** <br><br> Docket 18 |

The parties are presently before the Court on Plaintiff's Motion for Leave to Amend to File First Amended Complaint.  Dkt. 18.  Plaintiff filed its motion on October 3, 2013.  Under Civil Local Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the motion was filed.  More than fourteen days have elapsed since Plaintiff filed its motion, and no opposition from Defendant, which is represented by counsel, has been filed.  The Court Standing Orders warn that the failure to timely oppose a motion will be construed as a consent to the relief sought in the motion.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to Amend to File First Amended Complaint is GRANTED.  Plaintiff shall separately e-file the First Amended Complaint within one day of the date this Order is filed.  The parties are reminded that under the Court's Standing Orders, "[a]ll parties are required to meet and confer before filing any motion or any non-stipulated request with this court, and to certify that they have complied with this requirement."  Dkt. 10.  This Order terminates Docket 18.

IT IS SO ORDERED.

Dated: November 1, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge