SANDRA I. TIBERI (State Bar No. 192816)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
(818) 501-3800; (818) 501-2985 (Fax)
e-mail: sandra@hemar-rousso.com
Attorneys for Plaintiff

RAYE MITCHELL (State Bar No. 172664)
Attorney at Law
2131 Longview Drive, Suite C
San Leandro, California 94577
(510)836-2097; (510)380-6531 (Fax)
email: rayemitchell@comcast.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., fdba IKON FINANCIAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>CAROL H. WILLIAMS ADVERTISING, a California corporation; DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. CV13-00606<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO REMAND REMOVED ACTION; ORDER** |

**TO THE HONORABLE SAUNDRA BROWN ARMSTRONG, UNITED STATES DISTRICT JUDGE:**

Plaintiff GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS INC., a corporation, fdba IKON FINANCIAL SERVICES (hereinafter referred to as "Plaintiff"), and Defendant CAROL H. WILLIAMS ADVERTISING, a California corporation (hereinafter referred to as "Defendant"), hereby stipulate as follows:

1. On December 14, 2012, Plaintiff commenced an action in the Superior Court of

1. California, County of Alameda, Case Number RG12-659845, entitled GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., fdba IKON FINANCIAL SERVICES, Plaintiff v. CAROL H WILLIAMS, a California corporation; Does 1-100, Defendants (the "Action").

2. On February 12, 2013, Defendant filed a Notice of Removal of the Action, pursuant to 28 U.S.C. §§1441 and 1446, to the United States District Court, Northern District of California.

3. On December 5, 2013, the Parties reached a complete settlement of their dispute at Court ordered Mediation and are currently finalizing a Settlement Agreement, which provides that the settlement shall be governed by California Code of Civil Procedure §664.6. On December 9, 2013, Mediator Robert Ebbe filed a Certification of ADR Session, stating that this case was fully settled at Mediation.

4. Pursuant to the Settlement Agreement, Plaintiff and Defendant now agree and stipulate that the Action should be remanded to the Superior Court of California, County of Alameda (Case Number RG12-659845).

5. Plaintiff and Defendant further stipulate that each party shall bear its own attorney's fees and costs with respect to the remand of the Action pursuant to this Stipulation and Order.

Respectfully Submitted:

DATED: 1/6/14

HEMAR, ROUSSO & HEALD, LLP

By: _____
SANDRA I. TIBERI
Attorneys for Plaintiff

DATED: 1/6/2014

By: _____
RAYE MITCHELL
Attorneys for Defendant

---

2

NOTICE OF SETTLEMENT AND STIPULATION TO REMAND REMOVED ACTION;   ORDER

## ORDER

The Court having reviewed this Notice of Settlement and Stipulation to Remand Removed Action, and good cause appearing, hereby orders as follows:

1. The Parties' Stipulation is approved;

2. United States District Court, Northern District of California, Case Number C-13-00606-SBA is hereby remanded to the Superior Court of the State of California, County of Alameda, Case Number RG12-659845.

IT IS SO ORDERED.

Dated: 1/7/2014

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT AND STIPULATION TO REMAND REMOVED ACTION;   ORDER